IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR NO. 2:06CR209-WKW |
| ) | [18 USC 1344; |
| BRIDGET Y. TAYLOR, ) | 18 USC 1014] |
| a/k/a BRIDGET MADISON ) | |
| ) | INDICTMENT |

The Grand Jury charges::

## COUNT 1

1. At all times relevant to this Indictment:

    a. The defendant BRIDGET Y. TAYLOR used as an alias a name identified herein as "Bridget Madison."

    b. The defendant BRIDGET Y. TAYLOR used a false social security number, to wit: 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.

2. In or about October 2000, in Montgomery, Alabama, within the Middle District of Alabama, and elsewhere,

BRIDGET Y. TAYLOR,
a/k/a BRIDGET MADISON,

did knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, securities and other property owned by and under the control of a financial institution by means of false and fraudulent pretenses, representations, and promises, which scheme and artifice consisted of obtaining a student loan from Regions Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, through the use of a false name and social security number:

3. On or about October 11, 2000, in Montgomery, Alabama, the defendant executed and attempted to execute the above described scheme to and artifice by using and certifying a fictitious name "Bridget Madison" and a false and fictitious social security number, to-wit: 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, on Federal Family Education Loan Program - Federal Stafford Loan Promissory Note identifying Regions Bank, Mobile, Alabama, as Lender.

4. Resulting from her scheme to defraud, on or about October 13, 2000, One Thousand Six Hundred Forty One Dollars and Twenty Four Cents ($1,641.24) was disbursed, wired and transferred on behalf of Regions Bank to Defendant's account at Alabama State University, Montgomery, Alabama.

5. Resulting from her scheme to defraud, on or about October 13, 2000, One Thousand Two Hundred Seventy Two Dollars and Sixty One Cents ($1,272.61) was disbursed, wired and transferred on behalf of Regions Bank to Defendant's account at Alabama State University, Montgomery, Alabama.

6. Resulting from her scheme to defraud, on or about January 16, 2001, One Thousand Six Hundred Forty One Dollars and Twenty Four Cents ($1,641.24) was disbursed, wired and transferred to Defendant's account at Alabama State University, Montgomery, Alabama.

7. Resulting from her scheme to defraud, on or about January 16, 2001, One Thousand Two Hundred Seventy Two Dollars and Sixty One Cents ($1,272.61) was disbursed, wired and transferred on behalf of Regions Bank to Defendant's account at Alabama State University, Montgomery, Alabama.

8. Resulting from her scheme to defraud, on or about September 19, 2001, One Thousand Nine Hundred Forty Dollars and Zero Cents ($1,940.00) was disbursed, wired and

transferred on behalf of Regions Bank to Defendant's account at Alabama State University, Montgomery, Alabama.

9. Resulting from her scheme to defraud, on or about September 19, 2001, One Thousand Two Hundred Seventy Two Dollars and Sixty One Cents ($1,272.61) was disbursed, wired and transferred on behalf of Regions Bank to Defendant's account at Alabama State University, Montgomery, Alabama. All done in violation of Title 18, United States Code, Section 1344.

### COUNT 2

On or about October 11, 2000, in Montgomery County, within the Middle District of Alabama,

BRIDGET Y. TAYLOR,
a/k/a BRIDGET MADISON,

defendant herein, knowingly made a material false statement for the purpose of influencing the action of Regions Bank, an institution the accounts of which are insured by the Federal Deposit Insurance Corporation, in connection with Defendant's Federal Stafford Loan Master Promissory Note, in that the defendant falsely identified herself as "Bridget Madison" and falsely certified and identified 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 as her social security number when in truth and fact, as the defendant well knew, her name is Bridget Y. Taylor and her actual social security number is not 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. All in violation of Title 18, United States Code, Section 1014.

A TRUE BILL:

*/s/ Janice Davis Williams*
Foreperson

*/s/ Leura G. Canary*
LEURA G. CANARY
United States Attorney

*/s/ Verne H. Speirs*
VERNE H. SPEIRS
Assistant United States Attorney