Bridget Taylor 224401
8966 RECD. Hwy 231
Wetumpka, Al 36092
S.S.# 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
D.O.B 12-31-70

Aug 28,06

Case # CR06209 MHT

To whom it may concern:

My name is Bridget Y. Taylor, I am incarcerated at Julia Tutwiler Prison. I have been locked up since July 09, 04. I have been in rehabilitation for my criminal thinking, and actions. While I was a single mother I did obtain loans with the intent to pay them back. Is there anyway I can get a court date this month. I was at Birmingham Work Release due to the detainer I am not able to work. I have learned to do right during my incarceration. My husband and children reside in Tulsa Oklahoma, where I would like to go once released. My husband has played a tremendous part in my rehabilitation.

Again I would like a fast and ~~speedy~~ trial so all things can be put an ammends.