Bridget Taylor
224401 Dorm 6
8966 U.S. Highway 231
Wetumpka AL 36092
Warrant issued 8/23/06

RECEIVED
8/30/06
2006 SEP -1 A 9:40

Case # CR 06209 MHT

To whom it may concern:

I Bridget Taylor obtained student loans in my name and switched my SS# around, with the intention of paying the loans back. I was seperated from my husband and trying to attend college to better myself. I am asking to come before the federal courts quickly because I am now at a maximum security facility, I was at Birmingham Work release until the warrant was issued. I have been incarcerated for twenty five months. Can I please be brought before the courts so I can go back to work release. My husband has helped during my rehabilitation and plan for us to be together when this is over.
My husband name is Darnell Madison
5701 E 71 Pl. Tulsa OK 74136

INMATES NOTICE OF PLACE OF IMPRISONMENT
AND REQUEST FOR DISPOSITION OF INDICTMENTS,
INFORMATION OR COMPLAINTS

TO: U.S. District Court
middle of Al
P.O. Box 711

Prosecuting Office: Federal Courts

Court: _____

Julia Tutwiler Prison, 8966 U.S. Hwy 231, Wetumpka, AL 36092
and I request that a final disposition be made of the following indictments, information or complaints now pending against me:

Case # cr06209mHT

Defraud financial institution
warrant rec'vd 8/23/06

I agree that this request will operate as a request for final disposition of all untried indictments, information or complaints on the basis of which I was returned to Julia Tutwiler Prison for Women.
I also agree that this request shall be deemed to be my waiver with respect to any charge or proceeding contemplated hereby or included herein.
I also agree that this request shall constitute a consent by me to the production of my body in any court where my presence may be required in order to expediently effectuate the purposes stated above.
If jurisdiction over this matter is properly in another agency, court or officer, please designate the proper agency, court or officer and return this form to the sender.

Date: 8/30/06          Signature: Bridget Taylor   ais# 224401

SWORN TO AND SUBSCRIBED before me this ___ day of _____ 200_

_____
Notary Public
My commission expires

Bridget Taylor  # 224401

Julia Tutwiler Prison for Women
8966 U.S. Highway 231
Wetumpka, AL 36092

PC9579

Case #
CR06209 MHT

"This correspondence is forwarded from an Alabama State Prison. The contents have been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

MONTGOMERY AL 361
31 AUG 2006 PM 1 T

U.S. District Court of Middle of AL
P.O. Box 711
Montgomery, AL 36103

36101+0711  B007