RECEIVED
2006 SEP -5 A 9:26
Alabama Department of Corrections
Inmate Stationery

Bridget Taylor
224401
8966 U.S. Hwy 231
Wetumpka AL 36092

wkw
Case # CR 06 209 MHT

I am writing asking for another court date. I would like a court appointed attorney. I am incarcerated and have been since July 09, 04. I would like to be brought before the courts so I can go back to work release and pay off any debts. I would like to live with my husband and children in Tulsa Oklahoma once released. Again I would like a fast and speedy trial so I can go ahead with my future plans.

Sincerly,
Bridget Taylor
300 70 8580   1231-70