Bridget Taylor 224401 D-6
8966 U.S. Highway 231
Wetumpka, AL 36092

RECEIVED
Alabama Department of Corrections
Inmate Stationery 2006 SEP -6  A 9:54
WKW

CASE # CR06209 MHT                    9/5/06

To whom it may concern:

My name is Bridget Y. Taylor
Social Security 300 70 8580 D.O.B 12-3-70
I am incarcerated at Julia Tutwiler. I was at Birmingham Work Release until the detainer was issued. I had a court date on 8/30/06 but I was not transported to court. Someone from this case came and talked to me at the work release center on last year. I am asking for a fast and speedy court date and be allowed to go back to Birmingham Work Release. I would like to pay all money back in which that was my every intentions when I received the student loans. I am now at a maximum security facility after building myself up to go to work release.

Can you please help me to get a court date this month, my husband lives in Tulsa Oklahoma. I finish my state time July 07 and I would like to see credited for the two years I've done thus far. Please do not let me leave this prison and go to another prison. I am trying to get everything behind me. I have been rehabilitated from my criminal mind. Please allow me to go forward.

Thank you in advance for any and everything you can do in this matter. Please forward any information to me.

Sincerely                                CASE # CR06209
                                              MHT

Bridget Yolanda Taylor  300 708580

Bridget Taylor 234401
8966 U.S. Hwy 231
Wetumpka AL 36092

Alabama Department of Corrections
Inmate Stationery

9/5/06

To whom it may concern can you please forward this letter to whom is in the proper Authority over my case. WKW case # CR 06 209 MHT

I had a court date on 8/30/06 I did not get transported for court and would like another court date please as soon as you can put me on docket.

Thank You
Bridget Taylor