IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:06cr209-WKW |
| ) | |
| BRIDGET Y. TAYLOR *also known as* ) | |
| BRIDGET MADISON ) | |

**ORDER**

The court finds from a review of the pleadings in this matter that the defendant who is presently in state custody is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that the Federal Defender be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

Counsel is DIRECTED to file a financial affidavit not later than ten (10) days from the date of this order.

Done this 14th day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE