IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr209-WKW |
| | ) | |
| BRIDGET Y. TAYLOR | ) | |

**ORDER**

Upon consideration of the motion to file financial affidavit under seal (doc. # 13) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED. It is further

ORDERED that the defendant's financial affidavit (doc. # 13) be and are hereby PLACED **UNDER SEAL** until further order of this Court.

Done this 25th day of September, 2006.

　　　　　　　　　　　　　　/s/Charles S. Coody　　　　　　　
　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE