| | |
|---|---|
| **COURTROOM DEPUTY MINUTES**<br>**MIDDLE DISTRICT OF ALABAMA** | **DATE:** 9/27/06<br>**DIGITAL RECORDING:** 11:10 - 11:16 |

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- √ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06cr209-WKW             **DEFT. NAME:** Bridget Y. Taylor

**USA:** Susan Redmond                  **ATTY:** Samuel Walker

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ;

**USPTSO/USPO:**

Defendant ____ does √ ____ does NOT need an interpreter; NAME _____

---

- ☐ **Kars.** Date of Arrest _____ or ☐ karsr40
- √ **kia.** Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ **Finaff.** Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ **koappted** **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ **20appt.** Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐ **DETENTION HRG** ☐ held; ☐ set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ **kotempdtn.** **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ **kodtn.** **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ **kocondrls.** Release order entered. ☐ Deft. advised of conditions of release.
- ☐ **kbnd.** ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
  ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ **Loc.(LC)** Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ **ko.** Deft. **ORDERED REMOVED** to originating district
- ☐ **kwvprl.** Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ **Karr.** **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
  √ Trial Term  10/16/06 * ; √ **PRETRIAL CONFERENCE DATE:** 10/13/06
  √ **DISCOVERY DISCLOSURES DATE:** 9/27/06
- ☐ **Krmknn.** **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ **krmvhrg.** Identity/Removal Hearing set for _____
- ☐ **Kwvspt** **Waiver of Speedy Trial Act Rights Executed.**

*Defendant refused to sign a waiver of speedy trial