IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CR. NO. 2:06CR209-WKW |
| ) | |
| BRIDGET Y. TAYLOR  ) | |

## ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #18) filed on October 4, 2006, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **October 10, 2006**, at **9:30 a.m.,** in **Courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 5th day of October, 2006.

                      /s/Charles S. Coody
                      CHARLES S. COODY
                      CHIEF UNITED STATES MAGISTRATE JUDGE