| | | |
|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: October 10, 2006 | FTR RECORDING: 9:11-9:15 |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: Mitchell Reisner | |

❏ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

PRESIDING MAG. JUDGE: **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**
CASE NUMBER: **2:06CR209-WKW-CSC**   DEFENDANT NAME: **BRIDGET Y. TAYLOR**
AUSA: **VERNE SPEIRS**   DEFENDANT ATTY: **KEVIN BUTLER**
Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) FDO
USPTS/USPO: Jackie Cople
Defendant __does__  √ does NOT need an interpreter. Name: _____

❏ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏ **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **FELONY INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity
√ Guilty as to:   √ Count(s) 1 & 2   of the **Indictment**
❏ Count(s) _____   ❏ dismissed on oral motion of USA;
❏ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏ No Plea Agreement entered. √ Written plea agreement filed. ❏ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

❏ **ORDER:** Defendant Continued ❏ Same Conditions/Bond imposed ; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____; ❏ Sentencing on _____; ❏ to be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
❏ Trial on _____; or √ Sentencing on _____ √ Set by separate Order.