IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V.  ) | CR. No.: 2:06cr209-WKW |
| ) | |
| **BRIDGET Y. TAYLOR** ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, Bridget Taylor, by and through undersigned counsel, Kevin L. Butler, and moves for good cause and pursuant to Fed. R. Crim. P. 32(a) for an order continuing sentencing for thirty (30) days. In support of this motion, the Defendant would show the following:

1. This matter is presently set for sentencing on January 22, 2006, before the Honorable Keith Watkins.

2. On October 10, 2006, pursuant to a negotiated plea agreement, Ms. Taylor entered a plea of guilty to the Indictment filed in this case.

3. At the time the plea was entered, undersigned counsel was aware that Ms. Taylor had a prior criminal record.

4. On or about December 19, 2006, undersigned counsel received the preliminary guideline report in this case. Pursuant to the guideline report, Ms. Taylor has a total criminal history score of 28 points. This criminal history score is far greater than expected by counsel.

5. Undersigned counsel is presently conducting a background investigation of Ms. Taylor's past and incidents referenced in the PSI. However, it is not anticipated that this criminal and personal investigation will be complete on or about January 22, 2007.

WHEREFORE, the Defendant prays that sentencing in this matter be continued from January 22, 2007, for an additional thirty (30) days.

Dated this 27TH day of December 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CR. No.: 2:06cr209-WKW |
| | ) | |
| **BRIDGET Y. TAYLOR** | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on December 27, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                         Respectfully submitted,

                                         s/ Kevin L. Butler
                                         KEVIN L. BUTLER
                                         First Assistant Federal Defender
                                         201 Monroe Street, Suite 407
                                         Montgomery, Alabama 36104
                                         Phone: (334) 834-2099
                                         Fax: (334) 834-0353
                                         E-mail: kevin_butler@fd.org
                                         AZ Bar Code: 014138