## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                                  )

V.                         )      CR. No.: 2:06cr209-WKW
                                  )

BRIDGET Y. TAYLOR          )

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE OBJECTIONS TO PSI REPORT

COMES NOW the Defendant, Bridget Taylor, by and through undersigned counsel, Kevin L. Butler, and moves for an order extending the time to file objections to the PSI Report. In support of this motion, the Defendant would show the following:

1.      This matter is presently set for sentencing on January 22, 2006, before the Honorable Keith Watkins.

2.      On October 10, 2006, pursuant to a negotiated plea agreement, Ms. Taylor entered a plea of guilty to the Indictment filed in this case.

3.      At the time the plea was entered, undersigned counsel was aware that Ms. Taylor had a prior criminal record.

4.      On or about December 19, 2006, undersigned counsel received the preliminary guideline report in this case. Pursuant to the guideline report, Ms. Taylor has a total criminal history score of 28 points. This criminal history score is far greater than expected by counsel.

5.      Undersigned counsel is presently conducting a background investigation of Ms. Taylor's past and incidents referenced in the PSI. This criminal and personal investigation is not complete.

6.     Information obtained as a result of a background investigation may result in any potential objections.

WHEREFORE, the Defendant prays that sentencing in this matter be continued from January 22, 2007, for an additional thirty (30) days.

Dated this 27TH day of December 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 2:06cr209-WKW** |
| | ) | |
| **BRIDGET Y. TAYLOR** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138