IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr209-WKW |
| | ) | |
| **BRIDGET Y. TAYLOR** | ) | |

**MOTION TO VACATE MOTION TO CONTINUE SENTENCING (Doc. No. 24)**

COMES NOW the Defendant, Bridget Taylor, by and through undersigned counsel, Kevin L. Butler, and submits the following:

1. On Wednesday, December 27, 2006, undersigned counsel filed an Unopposed Motion to Continue Sentencing (Doc. No. 24). After speaking with the defendant regarding the necessity and the basis for the continuance, undersigned counsel was informed by Ms. Taylor that she would prefer to go forward with sentencing on January 22, 2007, even if all information is not available to defense.

WHEREFORE for these reasons, undersigned counsel moves to vacate the pleading (Doc. No. 24) however, undersigned counsel would still request ten (10) additional days to file objections to the PSI Report.

Dated this 28th day of December 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:06cr209-WKW |
| ) | |
| **BRIDGET Y. TAYLOR** ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on December 28, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138