IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-209-WKW |
| | ) | |
| BRIDGET Y. TAYLOR | ) | |

**ORDER**

This case is before the court on three motions made by the defendant. The defendant filed a motion to continue sentencing and then later moved to withdraw said motion. It is ORDERED that the motion to withdraw (Doc. # 26) is GRANTED, and, thus, the motion to continue (Doc. # 24) is mooted.

Upon consideration of the defendant's motion for an extension of time to file objections to the PSI Report (Doc. # 25), it is ORDERED that the motion is GRANTED. The deadline for filing objections is extended from December 27, 2006, to January 17, 2007.

DONE this 16th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE