IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr209-MHT |
| **BRIDGET Y. TAYLOR** | ) | |

### ORDER

It is ORDERED that sentencing for defendant Bridget Y. Taylor is reset for January 22, 2007, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 19th day of January, 2007.

      /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**