# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE         AT MONTGOMERY   ALABAMA

DATE COMMENCED   January 22, 2007         AT  10:15   A.M./P.M.

DATE COMPLETED   January 22, 2007         AT  3:28    A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          2:06cr206-MHT
        VS.

BRIDGET Y. TAYLOR

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Verne H. Speirs | X | Atty Kevin L. Butler |
| | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Danielle Goldstein, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NON-JURY TRIAL
(x)  OTHER PROCEEDING:    SENTENCING HEARING

10:15 a.m.            Sentencing hearing commenced. Terms of plea
                      agreement stated on the record. Probation
                      concurs with plea agreement. Parties
                      arguments regarding restitution calculation
                      as stated in presentence investigation
                      report. Defendant's objections to PSR
                      overruled as stated on the record.
                      Defendant's **ORAL MOTION** for downward
                      departure for personal family circumstances.
                      Defendant's **ORAL MOTION** withdrawing Oral
                      Motion for Downward Departure. **ORAL ORDER**
                      denying Oral Motion for Downward Departure as
                      withdrawn by Defendant.
11:00 a.m.            Break.
1:03 p.m.             Sentencing hearing continues. Defendant
                      withdraws objection to amount of lost re PSR.
                      Parties agreement to restitution as stated on
                      the record. Parties agree to paragraph 32
                      revision as stated on the record by

page 2
2:06cr209-MHT

|  |  |
|---|---|
|  | defendant's counsel. Witnesses sworn. Defendant's evidence commenced. Government objects to defendant witness Ghostley. |
| 2:30 p.m. | Oral arguments heard. |
| 3:00 p.m. | Break. |
| 3:15 p.m. | Sentencing hearing continues. Sentence imposed. |
| 3:28 p.m. | Hearing concluded. |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA

    v                                                                 2:06cr209-MHT

BRIDGET Y. TAYLOR

---

    GOVERNMENT                                        DEFENDANT

WITNESS LIST

1. LAWRENCE TAYLOR

2. WILLIA TAYLOR

3. VALERIE HASTY

4. DAVID GHOSTLEY