2:06CR209-MHT  1/23/07

Judge Thompson

RECEIVED
2007 JAN 25  A 11:29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Bridget Taylor
136 N. Court St
Prattville AL 36067

Thank you for staying within the guidelines on handing down my punishment. Your Honor I plead for a second chance. I will apologize to the financial Institutions and victims by publically wearing a sign stating my wrongs and listed my victims hours a day. I would like to do community service. Your Honor I have pd. on my state fines. Judge Greenhaw also ordered me to pay. more than one occasion I would go and pay for all bad checks personally and Greenhaw dismissed the charge. I accept full responsibity while I was in Prison. Your Honor It became addicted as a drug addict and once I sat down long enough and realized I hit rock bottom I then began to try and correct them. I've written letters to the newspaper asking them to publish them me apologizing for all my mistakes I've written ellen brooks apologizing. I've learned my lesson and seen my faults as if I went to a surgeon and he began to do surgery and found other problems and then began to fix them. Your Honor Your the Judge and I Pray for a second chance Please your Honor I will pay all money. I



can not pay 650.00 a month but I can pay 150.00 and the months I can pay more I will. I will not lie or steal to pay back. I will not rob peter to pay paul. Your Honor can I have a chance on House arrest where I can work and do right and still be there to see my children and be there for my daughters graduation. I got your message loud and clear I will not steal anymore money. I'll do community service the entire time I'm home, because I do owe back to society. Your Honor I do not blame Anyone for my wrongs I accept full responsibilty as you can note from my previous letters I wrote before sentencing and when I was first questioned when I was at work release. Your Honor I have always worked. My grandmom said "Baby if you put as much effort into doing right as you did wrong, you'll be ok." Your Honor I'm ready to do that. I will no longer continue any crimes can I please prove to my family and society I have learned my lesson that the punishment I received thus far was feasible. I will be a dedicated member at church and give God my life and seek Him whole heartidly Because with out

him I'm nonething.

Your Honor I pray you can think about reconsidering me going home. at the end of July. I will no longer blame anyone else I really want to be there for my children and be with my husband I will be a renewed person your Honor. Again I have heard your message and will do right by you and God Please give my children what they have been longing for, the opportunity to have both parents at home. My husband allowed me back into his life and we were going to buy our first house. Your Honor I am very sorry for everything I've done wrong and no matter what I'll do community service of some sort to pay back to society and will pay all money I owe.

Please respond back

Sincerly, Bridget Taylor

Thank you for reading my letter. I'm not the same person, I've changed I do not think the same I have a new attitude and behavior.

Bridget Tayhr
130 N. Court St.
Prattville AL 36067

MONTGOMERY AL 361
24 JAN 2007 PM 1 T

INMATE MAIL
AUTAUGA METRO JAIL

Judge Thompson
One Church St
Montgomery AL 36104