IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr209-MHT |
| **BRIDGET Y. TAYLOR** | ) | |

### ORDER

It is ORDERED that defendant Bridget Y. Taylor's motion for reconsideration (doc. no. 36) is denied.

DONE, this the 26th day of January, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**