**Alabama Department of Corrections**
**Inmate Stationary**

Bridget Taylor 2:06cr209-MHT      2/02/07
8406 U.S. Hwy 231
Wetumpka AL 36092

Judge Thompson

I am asking for a reconsideration. I am very thankful for the thirty months. Your Honor I have been trying to get my life in order every since July 09, 04 I addressed my childhood experiences because I was advised by my counsel. I did blame people but once I hit rock bottom I began to seek my problems and I found out I was my only problem not my mother or anybody else. Your Honor my children and my husband were really looking forward to me coming home in July. Your Honor I will not do any crimes. 3 years at Tutwiler is like six years, the time is twice as hard. Your Honor I will obtain a full time career and work with the community. Please reconsider me going home in July

**Alabama Department of Corrections**
**Inmate Stationary**

of this year. I will keep my hands off other people things. I never been locked up this long and I have been broken. Your Honor I want to have another child with my husband, my daughter will be a senior this year. Ms. Caple mentioned I could have gotten credit for all my time with the state and my children and husband received the same letter and they too have been disappointed again. Your Honor I am begging for a second chance if not for me can you do it for my children, husband, and family. Thank you for reading my mail. I am truly sorry for my wrongs. Please Respond

Respectfully,
Bridget Taylor

Julia Tutwiler Prison
Bridget Taylor 224401
8966 U.S. Hwy 231
Wetumpka, AL 36092

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**PROBATION OFFICE**

LESLIE PRIM HOPEK
CHIEF PROBATION OFFICER

R. DWAYNE SPURLOCK
DEPUTY CHIEF PROBATION OFFICER

Frank M. Johnson, Jr.
U. S. Courthouse Complex
One Church Street
Montgomery, AL 36104

Voice 334/954-3226
FAX  334/954-3230

SANDRA G. WOOD
SUPERVISORY PROBATION OFFICER
*PRETRIAL UNIT*

SCOTT WRIGHT
SUPERVISORY PROBATION OFFICER
*INVESTIGATIVE UNIT*

DAVID RON THWEATT
SUPERVISORY PROBATION OFFICER
*SUPERVISION UNIT*

October 16, 2006

Bridget Y. Taylor Madison
**AIS#:  224,401**

c/o Julia Tutwiler Prison for Women
8966 U.S. Highway 231 North
Wetumpka, AL  36092

RE:  **Sentencing in Case #2:06cr209-WKW**

Dear Ms. Taylor (Madison),

This office received a copy of your letter dated October 9, 2006, and addressed to the Honorable W. K. Watkins, United States District Court Judge. Under the United States Sentencing Guidelines, it is very possible that you may be credited with some or all of the time served on your state sentence. Once I begin the presentence report investigation, I will have a more accurate profile of your sentencing range and the possible sentences that may be available in your case.

In your letter I notice that you plan to reside with your husband and children in Tulsa upon any release to supervision. You also mentioned "another full time management job". If you are already aware and certain of an available job placement, please make that information available so that it may be confirmed prior to your release. Additionally, if you have access to a state presentence investigation report you may release that report to me and return it to me at the above stated address so that I may attempt to expedite the sentencing in your case.

If you have any questions regarding this matter, please feel free to contact me through your attorney.

Sincerely,

Jacquelyn P. Cape
Senior United States Probation Officer

cc:  Kevin L. Butler,
     Federal Defender