Honorable Thompson

RECEIVED 2/18/07
2007 FEB 21 A 10:30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

May I have permission to go to the Boot Camp in Texas. I ask that the court make an order for me to go to the Boot Camp Facility for Women in the State of Texas.

Bridget Taylor
2:06cr209-MHT