IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CRIMINAL ACTION NO. |
| ) | 2:06cr209-MHT |
| BRIDGET Y. TAYLOR ) | |

### ORDER

It is ORDERED that the motion to transfer to Boot Camp facility (Doc. No. 42) is denied.

DONE, this the 22nd day of February, 2007.

                /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE