Bridget Y. Taylor
vs.
United States of America

United States District
Middle District of
Alabama
Case# 2:06cr209-MHT

## MOTION TO AMEND SENTENCE

Please take note that upon the annexed affidavit of Bridget Taylor duly sworn and upon the proceedings here to fore and herein, the undersigned will move this court of Middle District of Alabama, as soon as possible, for an order:

TO AMEND, EXECUTE AND/OR RECONSIDER THE SENTENCED IMPOSED
UPON THE 21st Day Of January, 2007

Done this 16th day of July, 2007

1. My family has expressed their desire and need for my return home.
2. Petitioner has began Mental health services
3. Petitioner is prepared to commit to community service.
4. Ms. Taylor has a home plan and a job upon release.
5. See Attachment A1, A2
6. Furthermore I Pray the courts allow me a chance and order a reduction of time.
7. I am ready to become a modeled citizen and ask for a fruitutly and mercy.

Attachment A1

I am asking for a reduction of my sentence given on January 21, 2007. Your Honor on 1-21-07, my son Lawrence Taylor was in court and wanted to speak to you on my behalf and the need for him to have me home but he wasn't given an opportunity. He and my brother are aware of all my criminal activity and my paying for the checks I wrote without being ordered to do so. My parents and sister was not aware of the questions you asked them, and would have had an impact on your decision. My son's testimony would have had a positive effect on my sentencing.

My son has been just out there trying to do things to survive, not in a good way. My family is not there for him, I'm afraid he'll end up dead or in prison. My younger brother whom I raised has recently been diagnosed with HIV. I've lost one brother last year, I want to be there for my brother and son neither one has a mother there for them. Your Honor being able to go home with my husband and children will be a blessing to us all. I will no longer make excuses to break the law, being incarcerated thirty six months has given me corrective thinking, habilitated me, and created patience with sense of being a modeled citizen. Judge Thompson you were lineant by listening to my parents and sister, I thank you for that. Can you please find it on your heart to give my son, brother and myself as a new and changed actual person. I pray you and the courts move on our behalf.

Bridget Taylor

Attachment A II

Being incarcerated thirty-six months have taught me habilitation in criminal thinking and behavior, fundemental changes in my thinking and able to function resposibly.

I've learned not only to think before I act but also developed an awareness of what I am thinking so that I can evaluate it immediatly, new corrective thinking.

Incarceration brought positive motivation for me to change. I no longer indulge in blaming others or wallow in self pitty, learned to cope constructively with life when things do not go my way not result in taking short cuts.

I do not wish to repeat the same consequences.

I began writing stolen checks and get into trouble with the State of Alabama and placed on probation several times. I have paid restitution on state charges and paid for checks I wrote in other peoples name. I would take it upon myself and go and pay for checks I've written. I thought I had to buy my children things I never had when I was a child.

Sincerly mental health treatment I

learned to deal with with my childhood expenses and now I use it as a benefit. I've learned to accept and move forward. I've come to reality and understand material objects does not show love to your children being with them is more valuable.

I've learned how to tell my children no! without being afraid and it's ok to wait for things through my parenting class I completed while incarcerated.

I am sincere and apologize to everyone involved, the victims, the financial institutions, my family and the judicial system.

I commited my federal crime at the same time as my state crime under the same frame of mind, I was only indicted on August 23, 2006. I thought I was going home on July 21, 2007 after completing three years. So I began to take the measurements so I will not return to criminal thoughts or activities and stay out of prison/jail by seeking mental health treatment, self development and improvement, made responsible use of available

rehabilitative programs and addressed identified treatment needs. I've reconciled my marriage and will be living in Tulsa, Oklahoma a different enviroment from where I got into trouble writing cheecks with people who I thought was my friend. I've gained both my husband and my familys trust back. I have a renewed mind and attitude due to my incarceration of thirty-three months.

I am a mother of three wonderful children and have a loving husband that looked forward to us being a family again on July 21, 2007 when my state of Alabama time is complete. I can sustain a full-time career, my husband has been employed at his job eleven years. I am willing to do community service and be a modeled citizen. I am praying for grace and mercy frutuity now that I've been rehabilitated during my thirty-three months incarcerated and able to let my children enjoy having both parents under one roof.