IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr209-MHT |
| **BRIDGET Y. TAYLOR** | ) | |

<u>ORDER</u>

It is ORDERED that the motion to amend sentence (Doc. No. 46) is denied.

DONE, this the 18th day of July, 2007.

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**