Bridget Taylor
12065002
F.M.C. Carswell

July 7, 08

2:06cr209-MHT

Honorable Judge Thompson

May 10, 2007 I filed a motion 2882255 On July 10, 2008 it will be fourteen months. The Law states a ruling must be made within fourteen months. March 2009 is the end of my sentence; I am asking the Courts to make a ruling on the 282255 motion filed On May 10, 2007.

Thank you in advance in your response to the above request.

Sincerly Thanks
Budget Taylor

SCANNED

Name: Ms. B. Taylor
Reg. No. 12065002
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127



Legal mail

Judge Thompson
One Church St.
Montgomery AL 36104